# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FRED LENARD, JR.**                                             **PETITIONER**

**V.**                         **CIVIL ACTION NO.: 4:18CV221-DMB-JMV**

**PHIL BRYANT and**
**JIM HOOD**                                                 **RESPONDENTS**

## ORDER RESTRICTING ACCESS

Petitioner has filed a petition for a writ of habeas corpus in which he seeks to challenge his life sentence for capital murder, kidnapping, and child abuse. In the petition, he includes the name of the minor victim. To protect the minor's privacy, the Clerk is **DIRECTED** to restrict access to the petition to the parties and the court. Petitioner is **ORDERED** to refrain from using the name of the minor victim in future filings.

**SO ORDERED**, this 13th day of November, 2018.

                                                      s/ Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE