**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**FRED LENARD, JR.**                                                              **PETITIONER**

**V.**                                             **NO. 4:18-CV-221-DMB-JMV**

**PHIL BRYANT, et al.**                                                 **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the order entered today, Fred Lenard, Jr.'s petition for a writ of habeas corpus is **DISMISSED with prejudice**.

**SO ORDERED**, this 12th day of August, 2019.

                                                                 **/s/Debra M. Brown**
                                                                 **UNITED STATES DISTRICT JUDGE**